IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EASTMAN et al | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO.: 21-cv-2248 |

| | | |
|---|---|---|
| SMITH | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO.: 22-cv-5092 |

## O R D E R

**AND NOW**, this **23rd** day of **August 2023**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate Elizabeth T. Hey.</u>

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_/s/George Wylesol_____
GEORGE WYLESOL
Clerk of Court