IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN EASTMAN,** *et al.*, | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| v. | : | NO. 21-2248 |
| **CITY OF PHILADELPHIA,** | : | |
| *Defendant.* | : | |
| **MACKENZIE SMITH,** *et al.*, | : | |
| *Plaintiffs,* | : | CIVIL ACTION |
| v. | : | NO. 22-5092 |
| **CITY OF PHILADELPHIA,** | : | |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this 23rd day of August, 2023, it is hereby **ORDERED** that the parties in the above cases are **REFERRED** to United States Magistrate Judge Elizabeth T. Hey for purposes of mediation. Within **seven (7) days** of the conclusion of the mediation, the parties shall file a joint status report.

Defendant's Motion for Summary Judgment (Civ. A. No. 21-2248, Doc. No. 47) and Defendant's Motion to Dismiss (Civ. A. No. 22-5092, Doc. No. 21) are **DENIED WITHOUT PREJUDICE** to refile, if necessary, following the conclusion of mediation.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**