IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MACKENZIE SMITH,** *et al.*, | **CIVIL ACTION** |
| *Plaintiffs,* | |
| v. | **NO. 22-5092** |
| **THE CITY OF PHILADELPHIA,** | |
| *Defendant.* | |

# ORDER

**AND NOW**, this 3rd day of February, 2025, upon consideration of Defendant's Motion to Dismiss, Plaintiffs' Response, Defendant's Reply, and after Oral Argument, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**