IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MACKENZIE SMITH, et al.,** | : | **CIVIL ACTION** |
| v. | : | No. 22-5092 |
| **THE CITY OF PHILADELPHIA.** | : | |
| | : | |
| **KATHLEEN EASTMAN, et al.,** | : | **CIVIL ACTION** |
| v. | : | No. 21-2248 |
| **CITY OF PHILADELPHIA.** | : | |

**ORDER**

AND NOW, this 7th day of March, 2025, upon consideration of the Parties' Stipulation, and after a status call, it is **ORDERED** that:

1. The above-captioned civil actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

2. Plaintiffs shall file their Amended Complaint by **March 17, 2025.**

3. Defendants shall respond to Plaintiffs' Amended Complaint by **March 31, 2025.**

4. All fact discovery shall be completed by **September 1, 2025.**

5. Expert reports are due **October 1, 2025.**

6. Dispositive motions and motions for class certification shall be filed no later than **November 3, 2025.** Reponses shall be filed no later than **November 24, 2025.** Replys (if necessary) shall be filed no later than **December 8, 2025.**

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**