**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MACKENZIE SMITH, et al.,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 22-5092** |
| | : | |
| **THE CITY OF PHILADELPHIA.** | : | |
| | : | |
| _____ | : | |

## ORDER

AND NOW, this 4th day of September, 2025, upon consideration of the Parties' Joint Status

Report and Request for Extension, it is **ORDERED** that the case management schedule is amended

such that all deadlines are extended by 30 days.


**BY THE COURT:**


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**