IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MACKENZIE SMITH, et al., | : |
| Plaintiffs, | : |
| | : No. 2:22-cv-5092 |
| v. | : |
| THE CITY OF PHILADELPHIA, | : |
| Defendant. | : |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' ACTION AGAINST THE CITY OF PHILADELPHIA**

This Stipulation and Order of Voluntary Dismissal With Prejudice of Plaintiffs' Action Against the City of Philadelphia (the "Stipulated Order") is entered into pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and E.D. Pa. Local Civil R. 41.1(b).

Plaintiffs and Defendant The City of Philadelphia (the "City") in the above-captioned case hereby stipulate to the voluntarily dismissal with prejudice of Plaintiffs' action against the City.

The Parties further stipulate that pursuant to the Settlement Agreement, which is attached hereto as Exhibit A and filed on the docket with this Stipulated Order, the Court shall retain jurisdiction over any disputes arising from any alleged breach or noncompliance with the terms of the Settlement Agreement,.

[DATE] Feb. 19, 2026

Joseph C. Kohn (PA # 36565)
William E. Hoese (PA # 41787)
Aarthi Manohar (PA # 318874)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

[DATE] Feb. 19, 2026

BAILEY AXE (PA ID No. 309686)
Deputy City Solicitor
RYAN SMITH (PA ID No. 324643)
Deputy City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5443

*Attorneys for Defendant City of Philadelphia*

[DATE] Feb. 19, 2026

David Rudovsky
KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400

*Attorneys for Plaintiffs*

It is **SO ORDERED** this 3rd day of March, 2026. It is **FURTHER ORDERED** that pursuant to Section 7 of the Settlement Agreement, my jurisdiction over this matter shall terminate one year after the Parties executed the Settlement Agreement.

{00263914}2

*/s/ Joshua D. Wolson*
Joshua D. Wolson, U.S. District Judge

# EXHIBIT A TO STIPULATION OF DISMISSAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MACKENZIE SMITH, et al., | : |
| Plaintiffs, | : No. 2:22-cv-5092 |
| v. | : |
| THE CITY OF PHILADELPHIA, | : |
| Defendant. | : |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is made by and between the individual Plaintiffs Mackenzie Smith, Michael Smith, Mana Aliabadi, Alex Benton, Adam Boyd, Nathan Bubb, Robert Clendaniel, Jonathan Dilliplane, Danielle Ditommaso, Nibio Downer, Graham Foley, Benjamin Grossman, Sarah Hay, Megan Heckert, Allen Rue, Jr., Jason Jennings, Elliot Jumpp, Morgan Kindel, Kelly Larson, Andrew Maloney, Aaron Olk, Joseph Pawlikowski, Dan Schiff, Frank Anzalone, Nanci Selig, Rhoda Smith, Daniel Tran, Austen Travis, Matthias Wagman, Lois Weinberg, Robin Wood, Kathleen Eastman, Mary Henin, Asja Radja, Alexandra Ellis, and Deborah Joseph in the above captioned consolidated action (the "Lawsuit") (the "Plaintiffs") and Defendant The City of Philadelphia (the "Defendant" or the "City") (collectively, the "Parties"). The Parties, by their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, Plaintiffs initiated this Lawsuit alleging violations of the U.S. Constitution against the City in connection with certain alleged practices and policies of the City involving "Relocation Towing," which refers to the relocation of a vehicle by a tow operator from a space

{00264057}

that has been designated as temporary no parking to another street parking space rather than impounding the vehicle; and

WHEREAS, Defendant disputes Plaintiffs' allegations; and

WHEREAS, the Parties have engaged in an extensive arm's length negotiation with the assistance of U.S. Magistrate Judge Hey and Mediator David Richman, Esquire, selected from the Eastern District of Pennsylvania's Volunteer Mediation Program; and

WHEREAS, the Parties have agreed to resolve all Plaintiffs' individual claims for damages and equitable and injunctive relief on an individual, non-class basis, without any release of or prejudice to any damage or equitable claims of any members of the putative class alleged in the Lawsuit, and,

NOW THEREFORE, in consideration of the covenants, agreements and releases set forth herein and for other good and valuable consideration, it is agreed that the Lawsuit is settled, compromised and dismissed with prejudice as to the Defendant on the following terms and conditions:

1. **Monetary Damages, Costs, and Attorney's Fees**
    a. Philadelphia agrees to pay Plaintiffs' Counsel one lump sum payment of $750,000, inclusive of all damages, costs, and attorneys' fees, to settle all claims for monetary damages and attorneys' fees raised by Plaintiffs in this Lawsuit.
    b. Plaintiffs' Counsel shall make monetary damages payments to Plaintiffs pursuant to their respective agreements with their clients and retain an appropriate amount in attorneys' fees pursuant to those agreements.

    c. Upon receipt of a W9 for Kohn, Swift & Graf, P.C. and releases executed by all Plaintiffs described *infra*, the City shall promptly process the payment to Plaintiff's Counsel.

    d. Payment shall be made by wire transfer using wire instructions to be provided by Plaintiffs' Counsel.

## 2. Programmatic Changes

Philadelphia agrees to use its reasonable best efforts to implement a Relocation Towing program with the following elements or objectives:

    i. Entering into an agreement with the Philadelphia Parking Authority (PPA) regarding tracking technology. The City anticipates that the agreement with PPA will include the following:

        1. PPA to acquire and make available relocation tracking technology for use by towing operators engaged in Relocation Towing and that is accessible to the public, including through a website;

        2. City to require posting of City-provided signs 48 hours in advance of the start time of a permitted street closure that may require Relocation Towing;

        3. City to require its agencies that require Relocation Towing pursuant to planned work to coordinate in advance with PPA;

        4. With respect to the vehicle Relocation Towing process:

            a. PPA to dispatch staff to vehicles that require Relocation Towing;

            b. PPA to confirm required signage notice; and

      c. PPA to affix a sticker authorizing Relocation Towing of a vehicle prior to its relocation and identifying the vehicle as having been relocated for purposes of avoiding parking citations in the relocated space for a defined period of time.

   ii. Implementing certain updates to the language of temporary no parking permit applications, permits, and signs with the objective of improving notice both pre- and post-relocation to vehicle owners.

   iii. Undertaking appropriate efforts to enforce any obligations placed on permit holders or tow operators by the Relocation Towing program. The City will use its discretion as to the form of such enforcement.

## 3. Release

In consideration of the foregoing, Plaintiffs shall fully release the City from all liability for all claims brought or which could have been brought by Plaintiffs in the Lawsuit by executing releases in the form attached hereto as Exhibit A. This Agreement shall become effective upon the occurrence of the latter of the following two conditions: (1) this Agreement's execution by counsel for the Parties; and (2) the receipt by Defendant of executed releases from all Plaintiffs.

## 4. Dismissal

Promptly upon payment of the amount specified in paragraph 1(a), Plaintiffs shall dismiss with prejudice their claims against the City pursuant to Fed. R. Civ. P. 41(a)(1)(A) and E.D. Pa. Local Civil Rule 41.1(b) through the Stipulated Order attached hereto as Exhibit A. unless the Court, upon learning of the Parties' agreement to resolve the case, directs Plaintiffs to do so sooner.

5. **Litigation Costs**

Each party shall bear their own costs related to the Lawsuit. Neither Plaintiffs nor their Counsel shall be entitled to any payment from the City in addition to that specified at 1(a), *supra*.

6. **No Admission**

The Parties do not admit any liability or wrongdoing through this Agreement and this Agreement shall not be construed as an admission of liability or wrongdoing in this or any other proceeding.

7. **Dispute Resolution**

The Parties agree that if there arises any dispute regarding compliance with this Agreement or the executed Releases, that the Party alleging such breach or noncompliance ("Non-Breaching Party") shall notify the Party alleged to have committed the breach or to be out of compliance ("Breaching Party") in writing within 30 days of the date that the Non-Breaching Party knew or with the exercise of reasonable diligence should have known of the alleged breach or noncompliance and the Breaching Party shall respond in writing within 30 days. If the dispute is not resolved after the Breaching Party's response, either Party may invoke a right to nonbinding mediation with David Richman, Esq., if he is available and willing to serve as mediator, or through a mutually agreed upon alternative mediator. If good-faith efforts to resolve the dispute through mediation fail, either Party may file a motion seeking relief for the breach or noncompliance in the United States District Court for the Eastern District of Pennsylvania. Pursuant to the Court's policies and procedures, the Parties agree that this Agreement shall be filed on the docket with the Rule 41 stipulation of dismissal. This provision expires one year from the date of execution of this Agreement, after which neither Party may seek further enforcement of this Agreement against the other.

## 8. Notice of Implementation

The City will provide Plaintiffs' counsel with a copy of the executed agreement with PPA and will provide additional documents confirming its implementation of the relocation towing program, such as permit or sign language, or duly enacted regulatory or legislative changes, as those items become final. Plaintiff's Counsel may make reasonable requests for information regarding the implementation of the Relocation Towing program communicated in writing to the Philadelphia Law Department and the City agrees to provide the requested information within a reasonable period of time.

## 9. Integration and Amendment

This Agreement is the entire and final expression of the agreement by and between the parties with respect to the matters referenced herein. This Agreement may be modified or amended only by an agreement in writing signed by Plaintiffs' counsel and the City. No oral modifications or amendments shall be valid or enforceable. The parties to this Agreement do not intend and explicitly deny any intention to create any rights in, of, or for any third parties or in, of, or for any persons or entities who are not parties to this Agreement.

## 10. Counterparts and Electronic Signatures

The Parties may execute this Agreement in one or more counterparts. Each counterpart shall constitute and have the full effect of an original, and all of which shall constitute a single instrument or writing. A facsimile or electronic copy or image bearing a signature of a duly authorized person for any party, including signatures made with a sufficiently reliable electronic signature platform such as DocuSign, shall have the same validity and effect as a signature page bearing the original handwritten signature of any such person.

**ACKNOWLEDGED AND AGREED:**

_____
Joseph C. Kohn
William E. Hoese
Aarthi Manohar
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

Dated: December 17, 2025

_____
David Rudovsky
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN, LLP
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400

Dated: December 18, 2025

*Attorneys for Plaintiffs*

_____
Renee Garcia
City Solicitor
CITY OF PHILADELPHIA LAW
DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5443

Dated: December __, 2025

*Attorneys for Defendant City of Philadelphia*

## 10. Counterparts and Electronic Signatures

The Parties may execute this Agreement in one or more counterparts. Each counterpart shall constitute and have the full effect of an original, and all of which shall constitute a single instrument or writing. A facsimile or electronic copy or image bearing a signature of a duly authorized person for any party, including signatures made with a sufficiently reliable electronic signature platform such as DocuSign, shall have the same validity and effect as a signature page bearing the original handwritten signature of any such person.

**ACKNOWLEDGED AND AGREED:**

*/s/ Joseph C. Kohn*
Joseph C. Kohn
William E. Hoese
Aarthi Manohar
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

Dated: December 17, 2025

---

David Rudovsky
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN, LLP
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400

Dated: December ___, 2025

*Attorneys for Plaintiffs*

Signed by:
*/s/ Renee Garcia*
43ABBD9C388E4E1

Renee Garcia
City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5443

Dated: December ___, 2025

*Attorneys for Defendant City of Philadelphia*

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 8389B33F-C387-45EB-8EF3-F938779D74F2 | | Status: Completed |
| Subject: Complete with Docusign: Settlement Agreement.pdf | | |
| Source Envelope: | | |
| Document Pages: 7 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Marta Sanchez |
| AutoNav: Enabled | | 1234 Market Street |
| EnvelopeId Stamping: Enabled | | Suite 1800 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Philadelphia, PA  19107 |
| | | Marta.Sanchez@phila.gov |
| | | IP Address: 170.115.248.15 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>            12/17/2025 1:32:29 PM | Holder: Marta Sanchez<br>                  Marta.Sanchez@phila.gov | Location: DocuSign |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: City of Philadelphia - PS Contracts | Location: Docusign |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Renee Garcia<br>renee.garcia@phila.gov<br>City Solicitor<br>City of Philadelphia<br>Security Level: Email, Account Authentication (None) | *Signed by: Renee Garcia*<br>43ABBD9C388F4F1...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 170.115.248.15 | Sent: 12/17/2025 1:45:04 PM<br>Viewed: 12/17/2025 1:54:05 PM<br>Signed: 12/17/2025 1:54:13 PM |
| **Electronic Record and Signature Disclosure:**<br>     Not Offered via Docusign | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Marta Sanchez<br>Marta.Sanchez@phila.gov<br>Law<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 12/17/2025 1:45:04 PM<br>Resent: 12/17/2025 1:54:14 PM<br>Viewed: 12/17/2025 2:09:44 PM |
| **Electronic Record and Signature Disclosure:**<br>     Not Offered via Docusign | | |

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/17/2025 1:45:04 PM |
| Certified Delivered | Security Checked | 12/17/2025 1:54:05 PM |
| Signing Complete | Security Checked | 12/17/2025 1:54:13 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Completed | Security Checked | 12/17/2025 1:54:13 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

# EXHIBIT A TO SETTLEMENT AGREEMENT



GENERAL RELEASE

<mark>[PLAINTIFF NAME]</mark>  In Reply Please Refer To:
<mark>[ADDRESS]</mark>  File No. 109467
<mark>[ADDRESS]</mark>  Date:  <mark>[INSERT]</mark>

c/o Aarthi Manohar, Esq.
Kohn, Swift & Graf, P.C.
1600 Market Street
Philadelphia, PA 19102

**The lower portion of this form is a release.  Please read it carefully before signing.**

Smith, et al., v. City of Philadelphia, et al.,
**Eastern District of Pennsylvania, Civ. No. 22-5092**

For and in consideration of the sum of <mark>**[DOLLAR AMOUNT]**</mark>, I, <mark>**[PLAINTIFF]**</mark> **(sometimes hereinafter referred to as "Releasor"),** a plaintiff in the above-styled civil action, do hereby remise, release, and forever discharge the City of Philadelphia, its agents, servants, workers, or employees, and any and all other persons, associations or organizations, whether known or unknown, foreseen or unforeseen **(sometimes hereinafter referred to collectively as "Releasees")**, of all actual and/or potential liability accrued and hereafter to accrue on account of and from all, and all manner of, actions and causes of action, claims and demands whatsoever, either in law or equity, for a claim for injuries and/or damages sustained in connection with the relocation of Releasor's vehicle in Philadelphia, Pennsylvania as is further described in the complaint in the above captioned matter, which against the said **Releasees**, I, <mark>**[PLAINTIFF],**</mark> ever had, now have, or which my heirs, executors, administrators or assigns, or any of them, hereafter

can, shall or may have, for, or by reason of any cause, matter or thing whatsoever arising from the above accident or incident.

By signing this Release, the **Releasor** affirms that any pending lien arising from benefits paid by the Department of Public Welfare or any other entity on account of any injuries arising from the above accident or incident has been or will be duly satisfied.

By signing this Release, the **Releasor** affirms that any payment of settlement funds is subject to applicable law relating to taxes, liens, or judgments that may be owed to the City of Philadelphia by the **Releasor**.

By signing this Release, the **Releasor** waives any clams under Pennsylvania Rule of Civil Procedure 229.1 and Philadelphia Civil Rule 229.1.

It is further understood that acceptance of this Release and payment of the consideration herein named is not to be construed in any court whatsoever, or otherwise, as an admission of liability on the part of the said **Releasees** for the causing of the said accident or incident above referred to.

Any changes to this three-page, type-written Release without the written approval of the City of Philadelphia shall render this Release null and void.

**[SIGNATURES ON NEXT PAGE]**

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal the _____ day of _____, two thousand and twenty-\_\_\_\_ and do hereby declare that I voluntarily accept said sum for the purpose of making a full and final compromise, adjustment and settlement of the injuries and/or damages above-mentioned, known or unknown, foreseen or unforeseen, including, but not limited to, attorney's fees and costs. I further declare that I have read this release and understand that I will receive no further payment, and I am signing this release with the intention of being legally bound by it.

Sworn to and subscribed before me this

_____ day of _____, 202\_\_.

_____
**[PLAINTIFF NAME]**
SS#:   **[INSERT]**
DOB:  **[INSERT]**

_____
NOTARY PUBLIC